GLOVER V. SHERIFF ABEL, AS GAOLER.

Where it appears by the plaintiff's own declaration that he cannot recover more than £20 the appeal must abate.

For the escape of a debtor who was in prison upon an execution in his favor for £5 6s. lawful money, officer's fees indorsed upon it forty shillings; and advancements for support of the debtor while in prison twenty-seven shillings; and avers that he has been put to £20 cost, etc.; to his damage £2,7. This cause was appealed; and now the defendant plead in abatement of the appeal, that the debt, damage and matter in dispute doth not exceed £20.

Judgment — Plea sufficient; for the rule of damages is the debt in execution, officer's fees, the debtor's support, where the debtor has taken the poor prisoner's oath, and the interest; which cannot amount to £20.

---

**LITCHFIELD COUNTY, AUGUST TERM, A. D. 1791.**

BUTLER V. BRACE.

The court will not, in an action of trover, inquire after the value of the property on a plea in abatement of an appeal.

Action of trover for a horse valued at £22 lawful money, and the demand in damages £30. Verdict in the County Court for the plaintiff, and £6 damages; the defendant appealed. The plaintiff plead in abatement of the appeal, that the horse was not worth £20.

Plea judged insufficient — A horse is of uncertain value; the plaintiff having valued him at more than £20 in his declaration, it is not competent for him to say the horse is not worth so much, contrary to his own declaration. See Miles v. Troop, at New Haven, January A. D. 1790.